IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

DAVID COHEN AND SANDRA COHEN,

Plaintiffs,

vs.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

Defendant.
_____________________________________/

**PETITION FOR REMOVAL**

**TO:** The Honorable Judges of the United States District Court for the Southern District of Florida

Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST ("Hartford"), hereby Petitions for Removal of the above-styled action from the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, to this Honorable Court. Removal is proper on the following grounds:

1. Plaintiffs, David Cohen and Sandra Cohen commenced a civil action in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, styled as *David Cohen and Sandra Cohen v. Hartford Insurance Company of the Midwest*, Case No. 502020-CA-00226. (*See* Complaint, attached hereto as **Exhibit A**).

2. The Summons and Complaint in this case were served on Hartford's registered agent on or about January 14, 2020. (*See* Notice Service of Process, attached hereto as **Exhibit B**).

3. The Plaintiffs' Complaint alleges, "the direct and ensuing damages caused by the Loss and encapsulated in the Claim as alleged herein arose as a direct and proximate result of a hurricane, to wit, Hurricane Irma, which occurred on or about 9/10/17." (*See* Complaint ¶13).

4. Further, the Complaint alleges "Defendant's failure to timely and promptly pay all amounts due and owing under the Policy is a breach of the insurance contract." (*See* Complaint ¶22).

5. The Complaint does not specifically allege an amount in controversy.

6. Plaintiffs' estimate submitted to Hartford is for $96,912.73, and therefore, it is clear that Plaintiffs are seeking damages in excess of the $75,000.00 amount in controversy required for diversity jurisdiction. (*See* Five Star Claims Adjusting Estimate, attached hereto as **Exhibit C**).

7. Plaintiffs were and are Florida residents at all times material to the action.

8. At the time of the filing of the Complaint and Notice of Removal, and at all times material hereto, Hartford was and is a Connecticut corporation with its principal place of business in Hartford, Connecticut. Accordingly, Hartford is a foreign corporation. *See* 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business").

9. Removal of this action is proper under 28 U.S.C. § 1332, which allows for District Court jurisdiction over, "all civil actions where the matter in controversy exceeds the sum or value of $75,000.00," and is between citizens of a State and citizens or subjects of a foreign state. 28 U.S.C. § 1332, 1441 and 1446, *et seq.*

10. Venue is proper in this Court under 28 U.S.C. § 1332.

11. Given the aforementioned, Hartford asserts that the amount in controversy in this matter exceeds the jurisdictional minimum, exclusive of interest and costs, pursuant to the estimate produced by the Plaintiffs via their attorney. *See Logsdon v. Duron*, *Inc.*, Case No.: 3:05cv243J-16HTS, 2005 WL 1163095, at *2 (M.D. Fla. May 17, 2005) (holding that a removing defendant need only show that the amount in controversy will "more likely than not" be satisfied when a plaintiff does not claim a specific amount of damages).

12. Hartford has filed its Petition for Removal within 30 days of receiving service of the Complaint. Thus, Hartford has timely filed the instant Petition for Removal.

13. Following the filing of this Petition for Removal with this Court, written notice of the filing of same will be provided to the attorney for Plaintiffs, as required by law.

14. Following the filing of this Petition for Removal with this Court, a Notice of Removal, with the instant Petition for Removal attached as an exhibit, will be filed with the Clerk of Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, as required by law.

15. Pursuant to 28 U.S.C. § 1446(a), Hartford simultaneously files a true and legible copy of important process, pleadings, and orders on file in the state court with this Petition for Removal.

**WHEREFORE**, HARTFORD INSURANCE COMPANY OF THE MIDWEST, respectfully requests that the above-styled action be removed to the United States District Court for the Southern District of Florida.

Dated: February 13, 2020

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

By : **/s/ Michael A. Packer**
Michael A. Packer
Florida Bar No.: 121479
Primary : mapacker@mdwcg.com
Irene Thaler
Florida Bar No. 88288
Primary : iithaler@mdwcg.com
100 NE 3rd Avenue, Suite 1100
Fort Lauderdale, FL 33301
Phone: (954) 847-4920
Secondary : rrgomez@mdwcg.com
jlharris@mdwcg.com
mspenela@mdwcg.com
pleadingsftl@mdwcg.com
Attorneys for : *HARTFORD INSURANCE COMPANY OF THE MIDWEST*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true copy of the foregoing **Petition for Removal** was sent by CM/ECF this on February 13, 2020, to Monica E. Daniels, Esq., The Daniels Law Group, PLLC, 120 N. Federal Highway, Suite 101, Lake Worth, FL 33460, Service@TheDaniels-LawGroup.com; JMagee@TheDaniels-LawGroup.com; MDaniels@TheDaniels-LawGroup.com.

s/ Irene Thaler
Irene Thaler

IT/rg